# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CANDY JONES,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. ED CV 16-1496 MRW

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: May 30, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE